IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:19-CV-00336

| | |
|---|---|
| COMMERCIAL FUNDING INC.<br><br>                Plaintiff,<br>v.<br><br>ODOM TRANSPORT COMPANY, INC., ODOM TRUCKING COMPANY, INC., DEBORAH C. ODOM, and STEVE ODOM<br><br>                Defendants, | **ENTRY OF DEFAULT** |

      THIS CAUSE coming before the undersigned Clerk of Court for the Western District of North Carolina, upon request of Plaintiff for Entry of Default against Defendants, Odom Transport Company, Inc., Odom Trucking Company, Inc., Deborah C. Odom, and Steve Odom, pursuant to Federal Rule of Civil Procedure 55(a).

      It appearing to the Court that the Defendants are in default for failure to plead or otherwise defend as required by law;

      NOW, THEREFORE, default is hereby entered against the Defendants, Odom Transport Company, Inc., Odom Trucking Company, Inc., Deborah C. Odom, and Steve Odom.

_____
Frank G. Johns, Clerk
United States District Court