IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHVILLE DIVISION
CIVIL ACTION NO. 1:19-CV-00336

COMMERCIAL FUNDING INC.
        Plaintiff,
v.

ODOM TRANSPORT COMPANY, INC., ODOM
TRUCKING COMPANY, INC., DEBORAH C.
ODOM and STEVE ODOM
        Defendants.

**DEFAULT JUDGMENT**

THIS CAUSE coming on to be heard and being heard before the undersigned Clerk of Court for the Western District of North Carolina, upon request of Plaintiff for entry of Default Judgment against Defendants, and

It appearing to the Court that a Complaint praying for a sum certain or for a sum which can by computation be made certain was filed and Summons issued in this action on December 5, 2019, and said Summons, together with a copy of the Complaint, was duly served upon Defendants; and

It further appearing to the Court that an Affidavit in support of the claim of the Plaintiff has been filed by Plaintiff; and

It further appearing to the Court that no answer or other pleading has been filed by the Defendants, and that the time for pleading or otherwise defending has expired; and

It further appearing to the Court that Defendants are neither infants nor incompetent persons, and upon request of the Plaintiff, default of the Defendants was duly entered according to law.

NOW, THEREFORE, JUDGMENT BY DEFAULT is hereby entered against Defendants Odom Transport Company, Inc., Odom Trucking Company, Inc., Deborah C. Odom, and Steve Odom pursuant to the prayer of the Complaint and the Affidavit of Plaintiff's Claim filed herein.

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that Plaintiff have and recover of the Defendants as follows:

1. On Count One, against Defendants Odom Transport Company Inc, Odom Trucking Company, Inc., Deborah C. Odom, and Steve Odom, jointly and severally, Judgment in the amount of $95,403.65 as of January 3, 2020, which Judgment is hereby entered and shall accrue interest hereafter at the legal rate until paid; and

2. On Count One, against Defendants Odom Transport Company Inc, Odom Trucking Company, Inc., Deborah Cooper Odom, and Steven Barry Odom, jointly and severally, in favor of Plaintiff, in the amount of $44,244.00 representing the accrued Mandatory Monthly Minimum as established as a sum certain in Plaintiff's complaint [Document 1, page 6] for failure to submit the Mandatory Monthly Minimum in August, 2019 and from November 2019 through December 2020.

THIS, the 3 day of February 2020

*Frank G. Johns* _____
Clerk of Court for Western District of North Carolina